UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

    Plaintiff,

  v.

UNITED AIRLINES, INC., et al.,

    Defendants.

AND COORDINATED CASES:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC

Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC

Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC

Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC

Case No. 12-cv-02730-VC

**ORDER RE SANCTIONS**


1  Tom, Lester v. United Airlines, Inc. et al.
2  3:15-cv-00466 VC
3  Crocker, Sal v. United Airlines, Inc. et al.
4  3:15-cv-00468 VC
5  Manswell, Anthony v. United Airlines, Inc.
6  et al. 3:15-cv-00469 VC
7  Minter, Karl v. United Airlines, Inc. et al.
8  3:15-cv-00470 VC
9  Washington, Erwin v. United Airlines, Inc.
10  et al. 4:15-cv-00471 VC
11  Wilson, Darryl v. United Airlines, Inc. et al.
12  3:15-cv-00472 VC
13  Sherman, Leo v. United Airlines, Inc. et al.
14  3:15-cv-00473 VC
15  Haney, Ken v. United Airlines, Inc. et al.
16  3:15-cv-00474 VC
17  John, Richard v. United Airlines, Inc. et al.
18  3:15-cv-00475 VC
19  Briscoe, Odie v. United Airlines, Inc. et al.
20  3:15-cv-00476 VC
21  Hartsfield, Terrence v. United Airlines, Inc.
22  et al. 3:15-cv-00477 VC

24  For the reasons stated in the Court's order of June 22, 2015 and at today's case
25  management conference, the lawyers for the plaintiffs, Spencer Smith and Dow Patten, are
26  sanctioned for their misconduct in connection with their failure to meet the deadline for filing a
27  sixth amended complaint in each of these cases.  Smith and Patten must reimburse the defendants
28  for the costs and fees incurred in preparing for and attending the case management conference.  If

2

1  counsel for the plaintiffs and counsel for the defendants are unable to agree on the proper payment
2  amount, the Court will resolve that dispute according to the procedure it described at the case
3  management conference.

5  **IT IS SO ORDERED.**

6  Dated: June 23, 2015

VINCE CHHABRIA
United States District Judge