UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants. | Case No. 12-cv-02730-VC<br><br>**CASE MANAGEMENT ORDER** |

AND COORDINATED CASES:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC

Hartsfield, Terrence v. United
Airlines, Inc. et al. 3:15-cv-00477 VC

Following the case management conference held on July 9, 2015 in these related cases, the Court orders as follows:

The discovery stay is lifted for the following cases: Johnson, 12-cv-02730; Miller, 15-cv-00457; Palmer, 15-cv-00458; Noble, 15-cv-00461; Jones, 15-cv-00462; Roane, 15-cv-00464; Ricketts, 15-cv-00465; Tom, 15-cv-00466; Crocker, 15-cv-00468; Manswell, 15-cv-00469; Minter, 15-cv-00470; Washington, 15-cv-00471; Wilson, 15-cv-00472; Sherman, 15-cv-00473; John, 15-cv-00475; Briscoe, 15-cv-00476; Hartsfield, 15-cv-00477.

The first phase of discovery will last until November 23, 2015. By that date, the defendants must have completed the depositions of the plaintiffs in the cases where the discovery stay has been lifted. For depositions, the defendants will have two days per plaintiff. The defendants may also serve document requests on those plaintiffs. The plaintiffs who assert claims (falling within the applicable statute of limitations period) that the defendants denied them promotions for which they applied may conduct discovery relating to those denials. The plaintiffs may not conduct discovery related to unposted positions or special assignments.

Also during this phase, the defendants may file any motions to dismiss or strike, in whole or in part, the Sixth Amended Complaints. Any motion to dismiss and/or strike in a case where the discovery stay has not been lifted must be filed within 21 days of the date of this order. Any motion to dismiss and/or strike in the cases where the discovery stay has been lifted may be filed later, but must be filed in time to be heard before the first phase has ended.

The Court will not entertain any motions to transfer during the first phase.

A further case management conference will take place Dec 8, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
VINCE CHHABRIA
United States District Judge