UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No.   12-cv-02730-VC<br><br>**ORDER RE DEPOSITION SCHEDULE** |

In these coordinated cases, several plaintiffs have failed to appear, or announced that they would not appear, for their depositions. As a result, during the September 10, 2015 hearing, the Court ordered counsel for the parties to agree on deposition dates for each plaintiff in these coordinated cases, and to provide the Court with those dates on the record. They have now done so, and it is now the order of the Court that each plaintiff appear for his deposition on the dates provided by counsel on the record at the hearing. The failure by any plaintiff to appear for his deposition on the agreed-upon dates will result in dismissal of his case for failure to prosecute.

The parties may not change these dates on their own. In the event the parties wish to change a deposition date, they must submit a stipulated request for permission from the Court to change the date. The Court will only grant such a request upon a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
VINCE CHHABRIA
United States District Judge