UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>  Defendants.<br><br>AND COORDINATED CASES. | Case No. 12-cv-02730-VC  (SK)<br>Case No. 15-cv-00457-VC  (SK)<br>Case No. 15-cv-00458-VC  (SK)<br>Case No. 15-cv-00461-VC  (SK)<br>Case No. 15-cv-00462-VC  (SK)<br>Case No. 15-cv-00464-VC  (SK)<br>Case No. 15-cv-00465-VC  (SK)<br>Case No. 15-cv-00466-VC  (SK)<br>Case No. 15-cv-00468-VC  (SK)<br>Case No. 15-cv-00469-VC  (SK)<br>Case No. 15-cv-00470-VC  (SK)<br>Case No. 15-cv-00471-VC  (SK)<br>Case No. 15-cv-00472-VC  (SK)<br>Case No. 15-cv-00473-VC  (SK)<br>Case No. 15-cv-00474-VC  (SK)<br>Case No. 15-cv-00475-VC  (SK)<br>Case No. 15-cv-00476-VC  (SK)<br>Case No. 15-cv-00477-VC  (SK)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

The above matters were referred to Magistrate Judge Sallie Kim for settlement purposes.

The Court HEREBY ORDERS the parties to appear on April 6, 2016 at 11:00 a.m. in Courtroom

1  A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 for a

2  scheduling conference in preparation for the Settlement Conference or Conferences.  Lead trial

3  counsel shall appear at the scheduling conference and shall be prepared to discuss setting a

4  Settlement Conference or Conferences.  The parties need not submit any written documents at this

5  time.

6  **IT IS SO ORDERED**.

7  Dated: March 4, 2016



_____

SALLIE KIM
United States Magistrate Judge